IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jonathan Bryant Dean, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:14cv72 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Time Warner Cable, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 26, 2014 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 12, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss (Doc. 13) is **GRANTED** and plaintiff's claims against defendants Tina Andrews, Charles Johnson, and Carol Walker are **DISMISSED** with prejudice.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court